NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MHL CUSTOM, INC.,**
*Plaintiff-Appellee*

**v.**

**WAYDOO USA, INC., SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD.,**
*Defendants-Appellants*

---

2024-1036

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00091-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before DYK, WALLACH, and CUNNINGHAM, *Circuit Judges.*

WALLACH, *Circuit Judge.*

## O R D E R

Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. (collectively, "Waydoo") move to dismiss their appeal. MHL Custom, Inc. opposes the motion. Waydoo replies.

2                    MHL CUSTOM, INC. v. WAYDOO USA, INC.

We grant the motion because we agree that the judgment is non-final.

Accordingly,

IT IS ORDERED THAT:

(1)  The stay is lifted.

(2)  The motion to dismiss is granted.

(3)  Each party shall bear its own costs.

FOR THE COURT

April 30, 2024                          Jarrett B. Perlow
     Date                               Clerk of Court